UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



| | |
|---|---|
| MARGARET ROVI<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK (SOUTH DAKOTA), N.A. d/b/a<br>ATT UNIVERSAL CARD,<br><br>Defendant. | Case No.: 07-60657<br>CIV-DIMITROULEAS<br>MAGISTRATE<br>SELTZER<br><br>NOTICE OF REMOVAL OF ACTION |

Pursuant to 28 U.S.C. §§ 1441 *et seq.*, Defendant, CITIBANK (SOUTH DAKOTA), N.A., (incorrectly identified as CITIBANK (SOUTH DAKOTA), N.A. d/b/a ATT UNIVERSAL CARD), by and through its undersigned counsel, hereby removes the action titled <u>MARGARET ROVI v. CITIBANK (SOUTH DAKOTA), N.A. D/B/A ATT UNIVERSAL CARD</u>, filed in the County Court for Broward County, Florida, Case No. 07-05909-COCE, (the "Action"), to the United States District Court for the Southern District of Florida, Fort Lauderdale Division, on the following grounds:

1.  On or about April 11, 2007, Plaintiff, MARGARET ROVI ("Plaintiff"), filed the Complaint in this Action. The Defendant first received a copy of the Complaint and Summons on April 16, 2007.

2.  Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed within thirty (30) days after the initial receipt by the Defendant of a copy of the Complaint. In fact, this Notice of Removal is being filed within thirty (30) days after filing of the Complaint in the Action.

SAR:210600:1

- 1 -

3.  The Action may be removed to this Court pursuant to 28 U.S.C. § 1441(a) which states, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

4.  This Court has original subject matter jurisdiction of this Action pursuant to 28 U.S.C § 1331 based upon federal questions cited in the Plaintiff's complaint pursuant to the Fair Credit Billing Act, 15 U.S.C. § 1666.

5.  This Court is the proper district court for removal because the Broward County Court is located within the Southern District of Florida, Fort Lauderdale Division.

6.  A true and correct copy of all pleadings, process, and orders served upon the Defendant in the Action is attached in composite Exhibit A.

7.  The Defendant is simultaneously filing a copy of this Notice of Removal with the state court in the Action. The Defendant will serve Plaintiff with copies of this Notice of Removal, the Notice filed in the Action, and a Notice to Plaintiff.

8.  By virtue of this Notice of Removal of Action, the Notice filed in the Action and the Notice to Plaintiff, the Defendant does not waive its right to assert any personal jurisdictional claim or other motions including Rule 12 motions and/or motions to compel arbitration permitted by the Federal Rules of Civil Procedure.

9.  Pursuant to Federal Rules of Civil Procedure 81(c) and 6, the Defendant will file a response to the Complaint within the time proscribed by said rules and any extensions granted.

Dated: May 7, 2007

Louis M Ursini III, Esq.
Florida Bar No.: 0355940
RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A
1515 Ringling Blvd., Suite 700
Sarasota, Florida 34236
Ph:   941-316-7600
Fax: 941-316-7914
louis.ursini@ruden.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail this 7th day of May, 2007 on Laura Hess, Esq., Hess Kennedy Company Chartered, 210 North University Drive, Coral Springs, FL 33071.

Louis M Ursini III, Esq.
Florida Bar No.: 0355940
RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A
1515 Ringling Blvd., Suite 700
Sarasota, Florida 34236
Ph:   941-316-7600
Fax: 941-316-7914
louis.ursini@ruden.com
Attorneys for Defendant

IN THE COUNTY COURT OF BROWARD COUNTY, FLORIDA

MARGARET ROVI,
    Plaintiff,

CASE NO.: 07 05909

v.

CITIBANK (SOUTH DAKOTA) N.A.,
D/B/A ATT UNIVERSAL CARD
    Defendants.

LINDA R. PRATT

A TRUE COPY

## COMPLAINT

MARGARET ROVI ("ROVI"), complains as follows against CITIBANK (SOUTH DAKOTA) N.A, D/B/A ATT UNIVERSAL CARD ("CITIBANK"):

1. This is an action for actual damages and statutory damages greater than $5000.00 but less than $15,000.00, and attorneys fees for violation of the Fair Credit Billing Act (part of the Truth in Lending Act), 15 U.S.C. §1666 and Regulation Z issued thereunder.

2. This Court has jurisdiction pursuant to 15 U.S.C. § 1640(e), Fla. Stat. §48.193(1)(a),(b), & (2) and *Posner v. Essex Ins. Co., Ltd.*, 178 F.3d 1209 (11th Cir. 1999).

3. Defendant CITIBANK is a National Bank with offices in Broward County, Florida.

4. Plaintiff ROVI is a natural person who entered into an open-end credit transaction, namely a CITIBANK account, with Defendant CITIBANK for personal, family, and household purposes.

6. At all timed material hereto, Defendant CITIBANK, in the ordinary course of business, regularly extended open-end consumer credit, pursuant to a credit card account, on which Defendant CITIBANK assessed finance charges.



EXHIBIT Composite A

7. Beginning with the periodic statement with a closing date November 21, 2006, finance charges and daily periodic interest rates began appearing on Plaintiff's **CITIBANK** credit card account.

8. Plaintiff did not agree to those charges.

9. Within 60 days after transmission of the statement, plaintiff sent a notice disputing the charges to Defendant **CITIBANK** at the address stated on the periodic statement.

10. Subsequent to the above notice being sent, but prior to 30 days after receiving Defendant's notice, Attorneys for the Plaintiff sent Defendant **CITIBANK** notice disputing the charges as well as requesting additional information relating to Defendant **CITIBANK**'s initial disclosure statements and compliance with Federal law governing Banks insured by the Federal Depository Insurance Corporation.

11. Defendant **CITIBANK** did not, within two complete billing cycles after receipt of the notice, either correct the error and transmit to plaintiff, or plaintiff's attorney, a notification of the corrections or investigate the error and send plaintiff a written explanation.

12. Despite its receipt of plaintiff's billing error notice, and before meeting the requirements of 15 U.S.C. §1666 to either correct the error or investigate and send an explanation of the charges; Defendant **CITIBANK** made or threatened to make an adverse credit report regarding plaintiff.

13. Despite its receipt of plaintiff's billing error notice, and before meeting the requirements of 15 U.S.C. §1666 to either correct the error or investigate and send an explanation of the charges, Defendant **CITIBANK** took action to collect the disputed amount by calling Plaintiff, sending Plaintiff notices demanding payment, and retained Spotts Fain, Attorneys & Counselors At Law to take action to collect the disputed amount.

2

WHEREFORE, Plaintiff ROVI prays for judgment against Defendant CITIBANK for:

A. Actual damages;
B. Statutory damages in an amount of double the finance charge pursuant to 15 U.S.C. §1640(a)(2);
C. Pursuant to 15 U.S.C. §1666(e), a declaration that Defendant has forfeited any right to collect the first $50.00 of the disputed amount and any finance charges thereon from Plaintiff;
D. Costs and attorneys fees; and
E. Such other relief as the Court deems proper.
F. Trial by jury.

**Respectfully submitted,**

**LAURA HESS, ESQUIRE**
HESS KENNEDY COMPANY CHARTERED
210 NORTH UNIVERSITY DRIVE
CORAL SPRINGS, FL 33071
TEL: 954-753-1950
FAX: 954-721-8722

BY: _____
LAURA HESS        FBN: 280940

Date: 04/11/2007

3

IN THE COUNTY COURT OF BROWARD COUNTY, FLORIDA

**COCE**

| MARGARET ROVI, | CASE NO.: 07 05909 |
| Plaintiff, | |

**LINDA R. PRATT**

**56**

v.
CITIBANK (SOUTH DAKOTA) N.A.,
D/B/A ATT UNIVERSAL CARD
Defendants.

_____→

### SUMMONS

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant:

CITIGROUP
C/O CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

Each defendant is required to serve written defenses to the complaint or petition on the attorney named below, within 20 days after service of this summons on that defendant, exclusive of the date of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED: **APR 1 6 2007**

LAURA HESS, ESQUIRE
HESS KENNEDY COMPANY CHARTERED
210 NORTH UNIVERSITY DRIVE
SECOND FLOOR
CORAL SPRINGS, FL 33071
954-345-7848 TELEPHONE
954-727-8711 FACSIMILE



HOWARD C. FORMAN
CLERK OF THE COURT
As Clerk of the Court
REGINA CASH
By:_____
As Deputy Clerk
A TRUE COPY
CIRCUIT/COUNTY
COURT SEAL

**WORLD WIDE INVESTIGATIONS, INC.**
**PROCESS SERVICE AND INVESTIGATIONS**
FGOO SOUTHEAST 17 STREET, #211
FT. LAUDERDALE, FLORIDA 33316

4/16/07

MARGARET ROVI

vs

CITIBANK (SOUTH DAKOTA) N.A.

| CASE NO. | 07 05909 |
|---|---|
| COURT | Broward County |
| HRG. DATE | |

## RUTURN OF SERVICE AFFIDAVIT

TYPE OF WRIT

SUMMONS

TO __CITIGROUP__
__C/O CT Corporation System, 1200 South Pine Island Rd., Plantation, FL 33324__
RECEIVED THIS WRIT ON __4/16/07__
AND ON __4/16/07__ at __3:15__ PM., I SERVED IT ON THE WITHIN NAMED __CITIGROUP__ in __BROWARD__ COUNTY, FLORIDA

____ INDIVIDUAL SERVICE: By serving upon the within named (Defendant / Witness) a true copy of this writ with the date and hours of service endorsed thereon by me and a copy of the Plaintiff's complaint, petition or initial pleading.

____ SUBSTITUTE SERVICE: By serving a true copy of this writ with the date and hour or service endorsed thereon by me and a copy of Plaintiff's initial pleading as furnished by the Plaintiff, at the within named (Defendant's Witness) usual place of abode with any person residing therein the age of 15 years or older to wit: _____, or to _____ spouse of defendant, at _____

_____, or to _____ Manager of defendants business _____ and informing such person of their contents pursuant to F.S. 48.031_____
F.S. 48.031 (2) (a)   F.S. 48.031 (2)(b)

____ CORPORATE SERVICE: By serving a true copy of this writ and a copy of Plaintiff's initial pleading to _____ as _____ of said corporation in the absence of any superior officer as defined in F.S. 48.081., or by serving _____ as an employee of defendant corporation in compliance with F.S. 48.081 (3) or by serving __Donna Moch for CT Corporation Systems__ as a register agent in compliance with F.S. 48.091.

____ PARTNERSHIP SERVICE: By serving _____ partner, or to _____ a designated employee or person in charge of partnership.

____ POSTED: ____ COMMERCIAL, ____ RESIDENTIAL ____ 1st ATTEMPT ____ AM/PM ____ 2nd ATTEMP ____ AM/PM

____ NO SERVICE: For the reason that after diligent search and inquiry failed to find said _____ in _____

COMMENTS: _____

ATTORNEY: Laura Hess

FEES FOR SERVICE $ _____

| TOTAL | |
| PAID | |
| BALANCE | |

Witness Fee
The forgoing instrument was acknowledged before me this __18th__
Day of __April__, 2007 by __Daniel Acosta__, who is
Name and title
Personally known to me and who _____ take and oath.
who did not

Isabelle Davis
My Commission DD351627
Expires August 09, 2008

BY __D. A. Acosta__
Sheriff App. No.: __360__

NOTARY PUBLIC OR PUBLIC OFFICER AND TITLE OR RANK

F.S. 49.021

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

07-60657

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

CIV-DIMITROULEAS

MAGISTRATE
SELTZER

### I. (a) PLAINTIFFS
MARGARET ROVI

**DEFENDANTS**
CITIBANK (SOUTH DAKOTA), N.A. D/B/A ATT UNIVERSAL...

(b) County of Residence of First Listed Plaintiff **Virginia**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Laura Hess, Esq.; Hess Kennedy Company Chartered
210 N. University Drive; Coral Springs, FL 33071
Telephone: (954) 752-1950

0:07cv60657 WPD/RSS

Attorneys (If Known)
Louis M. Ursini, III, Esq. Ruden, McClosky et al.

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ✓ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
✓ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

FILED by ___ D.C.
INTAK MAY 8 2007
CLARENCE MADDOX
S.D. OF FLA.-LAUD.

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ✓ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

### V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
✓ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ✓ NO    b) Related Cases ☐ YES ✓ NO
JUDGE                    DOCKET NUMBER

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
Alleged violation of the Fair Credit Billing Act.

LENGTH OF TRIAL via **1** days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ **5,000 - 15,000**
CHECK YES only if demanded in complaint:
JURY DEMAND: ✓ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE May 7, 2007

FOR OFFICE USE ONLY
AMOUNT 350.00   RECEIPT # 539881
539990
IFP